UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: WILLIAM ALSUP**

**Date**: June 13, 2007

**Case No:** C 07-03057 WHA

**Case Title**: ABM JANITORIAL SERVICES v. SEIU, LOCAL 87

**Appearances:**

    For Plaintiff(s): Robert Hulteng, Damon Ott

    For Defendant(s): Jane Brunner

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Jim Yeomans

## *PROCEEDINGS*

1. TRO Hearing - held

MOTION/MATTER: ( ) Granted
                        ( ) Denied
                        ( ) Granted in part/Denied in part
                        ( ) Taken under submission
                        ( ) Withdrawn/Off Calendar
                        (X) Continued to: **Thursday, 07/05/07 @ 3:00 PM for Preliminary**
                                                                         **Injunction Hrg.**

## *SUMMARY*

- The president of the Union addressed the Court. The picketing will be allowed provided this takes place between 2 and 4 pm, with only 12 people participating, one bullhorn and picket signs used.
- Supplemental materials to be filed 06/18/07; opposition due by 06/22/07; reply by 06/26/07