IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABM JANITORIAL SERVICES, NORTHERN CALIFORNIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87,<br><br>Defendant. | No. C 07-03057 WHA<br><br>**ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND SETTING FURTHER HEARING** |

Plaintiff's ex parte application for a temporary restraining order is **DENIED**, except as to the following conditions. In defendant's picketing or leafleting efforts in front of the Mills Building, 220 Montgomery Street, San Francisco, California, no more than twelve people at any given time may be assembled, and picketing or leafleting will be limited to the hours of 2:00 p.m. to 4:00 p.m. Defendant is limited to the use of only one bullhorn, and all leafleting or picketing efforts must be peaceful.

Plaintiff must file any supplementary materials in connection with their motion for preliminary injunction no later than **JUNE 18, 2007**. Defendant's opposition must be filed no later than **JUNE 22, 2007**. Plaintiff's reply brief is due on **JUNE 26, 2007**. A hearing on plaintiff's motion for a preliminary injunction will be held on **THURSDAY, JULY 5, 2007, AT 3:00 P.M.**

Dated: June 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE