# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

June 19, 2007

Robert G. Hulteng
Direct: 415.677.3131
Direct Fax: 415.743.6566
rhulteng@littler.com

**VIA MAIL AND FACSIMILE @510.444.6698**

Jane E. Brunner, Esq.
Siegel & Yee
499 14th Street, #220
Oakland, CA 94612

*[handwritten: Northern California District Court Case No. C 07-03057 WHA]*

Re:   *ABM Building Services and SEIU Local 87*

Dear Ms. Brunner:

I'm writing to respond to your recent voicemail message offering to proceed to arbitration over the grievance filed by Local 87 again ABM Building Services relating to ABM's choice of a supervisor at the Mills Building in San Francisco.

As you may be aware, ABM has been notified of the termination of its contract to provide services at the Mills Building. The termination of the contract was a direct result of the continued picketing by Local 87 outside that building. The inevitable result of the loss of contract will be that Lino Aguilar will no longer be employed by ABM at that site.

The remedy requested by the Union in the pending grievance was the removal of Lino Aguilar from the Mills Building. Now, by virtue of its picketing activity, the Union has achieved that goal. The question remaining is whether the Union wishes to pursue arbitration under these circumstances.

Again, if the Union insists upon arbitration, the Company will proceed with the selection of an arbitrator. In doing so, the Company does not waive its right to pursue damages for the Union's breach of the Collective Bargaining Agreement in all appropriate forums. Let me know if the Union still wishes to arbitrate its grievance. Thank you.

Very truly yours,

*/s/ Rob Hult*

Robert G. Hulteng

RGH/lkc
cc:   ABM Building Services

*Side column states:* ALABAMA, ARIZONA, CALIFORNIA, COLORADO, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, ILLINOIS, INDIANA, MASSACHUSETTS, MINNESOTA, MISSOURI, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, PENNSYLVANIA, RHODE ISLAND, SOUTH CAROLINA, TEXAS, WASHINGTON

Firmwide:82653200.1 052796.1014

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
650 California Street, 20th Floor, San Francisco, California 94108.2693  Tel: 415.433.1940  Fax: 415.399.8490  www.littler.com