ROBERT G. HULTENG, Bar No. 071293
DAMON M. OTT, Bar No. 215392
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Plaintiff
ABM JANITORIAL SERVICES – NORTHERN CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ABM JANITORIAL SERVICES – NORTHERN CALIFORNIA, INC., | Case No. C 07 3057 |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87, | |
| Defendant. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF VOLUNTARY DISMISSAL — Case No. C 07 3057

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure
2  41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.
3
4  Dated: July 2, 2007
5
6  _____
   DAMON M. OTT
7  LITTLER MENDELSON
   A Professional Corporation
8  Attorneys for Plaintiff
   ABM JANITORIAL SERVICES –
9  NORTHERN CALIFORNIA, INC.
10 Firmwide:82722305.1 052796.1014
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF VOLUNTARY DISMISSAL    2.    Case No. C 07 3057

## PROOF OF SERVICE BY PERSONAL DELIVERY

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On July 2, 2007, I personally served:

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

by delivering copies thereof to:

JANE BRUNNER
ALAN YEE
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
Telephone:   (510) 839-1200
Facsimile:   (510) 444-6698

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 2, 2007, at San Francisco, California.

*(signed)* Antonia Bereal-Lee

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

MEMORANDUM OF POINTS AND
AUTHORTIES IN SUPPORT OF